1190

No. 04–7857. SLOAN v. GRAHAM ET AL. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 04–7858. SLOAN v. KNAPP ET AL. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 04–7859. SINQUEFIELD v. MOSELY, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 04–7862. MULLEN v. LAVAN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT DALLAS, ET AL. C. A. 3d Cir. Certiorari denied.

No. 04–7864. LEE v. MILLER, SUPERINTENDENT, EASTERN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 04–7865. MARTIN v. YARBOROUGH, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–7867. SOKOLSKY v. LOS ANGELES COUNTY, CALIFOR- NIA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 04–7873. KANG v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 04–7878. OMUNA v. FISHER ET AL. C. A. 11th Cir. Cer- tiorari denied.

No. 04–7883. DuBOSE v. KELLY ET AL. C. A. 8th Cir. Cer- tiorari denied.

No. 04–7891. ADI v. PRUDENTIAL PROPERTY & CASUALTY INSURANCE CO. ET AL. Ct. App. Tex., 14th Dist. Certiorari denied.

No. 04–7897. PRUITT v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 04–7900. CLARK v. GONZALES, ATTORNEY GENERAL. C. A. 8th Cir. Certiorari denied.

No. 04–7925. CARTER v. GIURBINO, WARDEN. C. A. 9th Cir. Certiorari denied.